THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERMAN MASONIC TEMPLE ASSOCIATION OF THE CITY OF NEW YORK, Appellant, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Argued November 21, 1930; decided January 6, 1931.)

*Eugene Cohn* and *Hugo J. Stelzner* for appellant.
*Arthur J. W. Hilly,* Corporation Counsel (*William H. King* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.